UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 08-21137-CR-LENARD/O'SULLIVAN

UNITED STATES OF AMERICA,
    Plaintiff,

v.

MICHAEL RUDOLPH CRUZ,
    Defendant.
_____/

## ORDER

THIS MATTER came before the Court on the Motion for Return of Personal Property (DE# 74, 5/4/11) filed by the defendant. Having reviewed the applicable filings and law, it is

ORDERED AND ADJUDGED that the Motion for Return of Personal Property (DE# 74, 5/4/11) is **DENIED** for the reasons stated herein.

On May 4, 2011, the defendant filed the instant Motion for Return of Personal Property (DE# 74, 5/4/11). The government filed a response in opposition to the instant motion on June 6, 2011. See United States' Response to Defendant's Motion to Return Property Pursuant to Rule 41(g) (DE# 78, 6/6/11). The defendant did not file a reply. This matter is ripe for consideration.

The defendant seeks the return of "any and all personal papers and other items seized" following a search of the defendant's residence on December 3, 2008. See Motion for Return of Personal Property (DE# 74, 5/4/11).[1] The defendant argues that

---

[1] The government construes the defendant's motion as a request for the return of "$6,000.00, as well as other physical items, such as scales, baggies, and other documents . . . ." United States' Response to Defendant's Motion to Return Property Pursuant to Rule 41(g) (DE# 78 at 1, 6/6/11).

the items are of no value to the government because the defendant pled guilty and is no longer in custody. Id. In its response, the government states that it is not in possession of the items sought by the defendant. See United States' Response to Defendant's Motion to Return Property Pursuant to Rule 41(g) (DE# 78 at 1, 6/6/11). These items were seized by the Tampa Police Department. Id. The government's response is supported by documentation including filings from a state court civil forfeiture action and records from the Tampa Police Department. Because the United States government is not in possession of the items sought by the defendant, the Motion for Return of Personal Property (DE# 74, 5/4/11) is **DENIED**. See United States v. Lauer, No. 08-20771-CR, 2010 WL 1169937, at *4 (S.D. Fla. Feb. 19, 2010) (stating that "Rule 41(g) [of the Federal Rules of Criminal Procedure] permits only the recovery of property in the possession of the Government. . . . if the Government no longer possesses the property at issue, no relief is available under Rule 41(g).").

DONE AND ORDERED, in Chambers, at Miami, Florida this **17th** day of June, 2011.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Lenard
All counsel of record

Copies mailed by Chambers to:
Michael Rudolph Cruz
4024 West Bay to Bay Blvd.
Tampa, FL 33629